FILED & ENTERED

OCT 09 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Christy Anna Ogan<br><br>Debtor(s). | Case No.: 2:24-bk-17290-VZ<br><br>CHAPTER 13<br><br>**ORDER DENYING "DEBTOR'S MOTION TO VOID ACTION FOR VIOLATION OF THE AUTOMATIC STAY" [DOCKET #13]**<br><br>[No Hearing Required] |

On October 4, 2024, Christy Anna Ogan, Debtor and Movant herein, filed a document entitled "Debtor's Motion to Void Action for Violation of the Automatic Stay" (Docket #13, the "Motion"). Having considered the Motion, IT IS ORDERED that the Motion is DENIED because:

1. Debtor did not set the Motion for Hearing as required by Local Bankruptcy Rule ("LBR") 9013-1(5)(A);
2. The relief requested by Debtor in the Motion requires an adversary proceeding pursuant to Rule 7001 of the Federal Rules of Bankruptcy Procedure;
3. Debtor failed to provide evidence that the Motion was served on interested parties; and,

4. Debtor's Motion contains an improper combination of legal argument and declaration.

Date: October 9, 2024

Vincent P. Zurzolo
United States Bankruptcy Judge